**UNITED STATES ex rel. Andreas MENA-REGIDIS, Relator-Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent-Appellee.**

(Circuit Court of Appeals, Second Circuit. May 6, 1926.)

No. 331.

Appeal from the District Court of the United States for the Southern District of New York.

For opinion below, see 13 F.(2d) 392.

F. E. Hamilton, of New York City, for appellant.

Emory R. Buckner, U. S. Atty., of New York City (Nathan R. Margold, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before HOUGH, MANTON, and MACK, Circuit Judges.

PER CURIAM. Affirmed in open court.